LATHAM & WATKINS LLP
  Brook B. Roberts (SBN 214794)
    *brook.roberts@lw.com*
  John M. Wilson (SBN 229484)
    *john.wilson@lw.com*
  12670 High Bluff Drive
  San Diego, CA 92130
  Telephone: (858) 523-5400
  Facsimile: (858) 523-5450

  Thomas J. Humphrey (Pro Hac Vice)
    *thomas.humphrey@lw.com*
  555 11th Street, NW, Suite 1000
  Washington, DC 20005
  Telephone: (202) 637-2212
  Facsimile: (202) 637-2201

  Grant E. Strother (SBN 284612)
    *grant.strother@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: (415) 391-0600
  Facsimile: (415) 395-8095

Attorneys for Plaintiff/Counterclaim-Defendant
CANADIAN SOLAR INC.

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CANADIAN SOLAR INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> CLARENDON NATIONAL INSURANCE CO., as successor by way of merger with Sussex Insurance Co., <br><br> Defendant/Counterclaim-Plaintiff. | Case No. 4:20-cv-02459-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** <br><br> **[CIVIL LOCAL RULE 6-2]** <br><br> Judge: Jon S. Tigar |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

1

Case No. 4:20-cv-02459-JST
JOINT STIP AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES

Pursuant to Civil Local Rule 6-2, Plaintiff/Counterclaim-Defendant Canadian Solar Inc. ("CSI") and Defendant/Counterclaim-Plaintiff Clarendon National Insurance Company, as successor by way of merger with Sussex Insurance Company ("Clarendon") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, on August 12, 2020, the Court issued a Scheduling Order setting the deadlines for Phase I of the above-captioned action ("Action"), see ECF No. 35;

2. WHEREAS, the Court has since granted extensions of the case deadlines at the Parties' request, including three extensions of discovery deadlines, in order to accommodate: (a) the Parties' efforts to conduct third-party discovery; (b) CSI's efforts to retrieve documents located on servers in the United Kingdom and the Republic of China; (c) the Parties' efforts to schedule depositions during the COVID-19 pandemic; and (d) the Parties' mediation of this Action, which occurred in the fall of 2021, see ECF Nos. 37 (extending deadline to submitted protective order and ESI protocol), 49 (extending case deadlines), 51 (extending Case Management Conference Deadline), 61 (extending case deadlines) & 63 (extending case deadlines);

3. WHEREAS, the Parties are working diligently to conclude discovery and schedule depositions, and meet and confer weekly in an effort to resolve outstanding issues in good faith, see Ex. A, Humphrey Decl. ¶ 2;

4. WHEREAS, the Parties are negotiating in good faith as to CSI's request for Clarendon to produce documents from additional custodians identified during a deposition that may be responsive to CSI's discovery requests, but it is improbable those documents could be produced and Clarendon's 30(b)(6) deposition taken before the present close of fact discovery, id. ¶ 3;

5. WHEREAS, the Parties are also working in good faith to schedule Clarendon's deposition of two CSI employees, Patty Chen and Eden Du (who is also likely to serve as CSI's 30(b)(6) designee), but due to the ongoing COVID-19 pandemic and China's imposition of renewed lockdowns it is improbable that those depositions could be taken before the present close of fact discovery, id. ¶ 4; and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Case No. 4:20-cv-02459-JST
JOINT STIP AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES

1  6. WHEREAS, the Parties anticipate that the issues discussed in Paragraphs 4 and 5
2  can be resolved through a modest extension of the current case deadlines, as requested below.

3  **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties,
4  through their respective counsel, subject to the Court's approval, that:

5  a. The discovery cutoff is continued from Friday, June 17, 2022 to
6  Wednesday, August 31, 2022;

7  b. The deadline for opening pre-trial briefs is continued from Friday, July 1,
8  2022 to Friday, September 23, 2022;

9  c. The deadline for opposition pre-trial briefs is continued from Friday, July
10  22, 2022 to Friday, October 21, 2022;

11  d. The pretrial conference is continued from Friday, July 29, 2022 at 2 p.m. to
12  Friday, October 28, 2022 at 2 p.m.; and

13  e. Trial is continued from Monday, August 15, 2022 at 8:30 a.m. to Monday,
14  November 14, 2022 at 8:30 a.m.

Dated:  June 7, 2022                           Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ *Thomas J. Humphrey*
   Brook B. Roberts (SBN 214794)
     *brook.roberts@lw.com*
   John M. Wilson (SBN 229484)
     *john.wilson@lw.com*
   12670 High Bluff Drive
   San Diego, CA 92130
   Telephone:  (858) 523-5400
   Facsimile:  (858) 523-5450

   Thomas J. Humphrey (Pro Hac Vice)
     *thomas.humphrey@lw.com*
   555 11th Street, NW, Suite 1000
   Washington, DC 20005
   Telephone:  (202) 637-2212
   Facsimile:  (202) 637-2201

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

3

Case No. 4:20-cv-02459-JST
JOINT STIP AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES

|     |     |     |
| --- | --- | --- |
| 1   |     | Grant E. Strother (SBN 284612) |
| 2   |     | grant.strother@lw.com |
|     |     | 505 Montgomery Street, Suite 2000 |
| 3   |     | San Francisco, CA 94111 |
|     |     | Telephone:  (415) 391-0600 |
| 4   |     | Facsimile:  (415) 395-8095 |

*Attorneys for Plaintiff/Counterclaim-Defendant Canadian Solar Inc.*

Dated:  June 7, 2022                                   DENTONS US LLP

By:  /s/ *Jack R. Vales (with permission)*
       Michael Barnes (SBN 121314)
         *michael.barnes@dentons.com*
       John R. Vales (admitted *pro hac vice*)
         *john.vales@dentons.com*
       Shawn L. Kelly (admitted *pro hac vice*)
         *shawn.kelly@dentons.com*
       Andrea M. Hall (SBN 317491)
         *andrea.hall@dentons.com*
       DENTONS US LLP
       One Market Plaza, Spear Tower, 24th Floor
       San Francisco, CA 94105
       Telephone:  (415) 267-4000
       Facsimile:  (415) 267-4198

*Attorneys for Defendant/Counter-Claimant Clarendon National Insurance Co., as successor by merger with Sussex Insurance Co.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

4

Case No. 4:20-cv-02459-JST
JOINT STIP AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES

# [PROPOSED] ORDER

Having read and considered the Joint Stipulation to Extend Case Deadlines ("Stipulation"), and for good cause shown, the Stipulation is approved. The Court ORDERS that the Case Schedule dates are amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery cutoff | Friday, June 17, 2022 | Wednesday, August 31, 2022 |
| Opening pre-trial briefs due | Friday, July 1, 2022 | Friday, September 23, 2022 |
| Opposition pre-trial briefs due | Friday, July 22, 2022 | Friday, October 21, 2022 |
| Pretrial conference | Friday, July 29, 2022 at 2 p.m. | Friday, October 28, 2022 at 2 p.m. |
| Trial | Monday, August 15, 2022 at 8:30 a.m. | Monday, November 14, 2022 at 8:30 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __June 17, 2022_____     _____
HON. JON S. TIGAR
United States District Court Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

5

Case No. 4:20-cv-02459-JST
JOINT STIP AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES. Pursuant to L.R 5-1(h)(3) regarding signatures, I, Thomas J. Humphrey, attest that concurrence in the filing of this document has been obtained.

Dated: June 7, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ *Thomas J. Humphrey*
　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Humphrey (Pro Hac Vice)

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

6

Case No. 4:20-cv-02459-JST
JOINT STIP AND [PROPOSED] ORDER
TO EXTEND CASE DEADLINES